**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marvin E.H.M.,

Petitioner,

v.

Todd Blanche, *Attorney General*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; David J. Venturella, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

Respondents.

Civ. No. 26-4844 (JWB/SGE)

**ORDER FOR DISMISSAL**

---

Petitioner has filed an unopposed motion to voluntarily dismiss the habeas petition without prejudice. (Doc. No. 8.) Based on that unopposed motion, the habeas petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 20, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge